VENABLE LLP
Frank C. Cimino, Jr. (*pro hac vice*)
FCCimino@venable.com
Megan S. Woodworth (*pro hac vice*)
MSWoodworth@venable.com
Charles J. Monterio, Jr. (*pro hac vice*)
CJMonterio@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

William A. Hector (SBN 298490)
wahector@venable.com
101 California Street, Suite 3800
San Francisco, CA  94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for Plaintiff*
*Viavi Solutions Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VIAVI SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> PLATINUM OPTICS TECHNOLOGY INC., <br><br> Defendant. | Case No. 5:20-cv-5501-EJD <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Rule 6-3(a) and Fed. R. Civ. P. 4, Plaintiff Viavi Solutions Inc. ("Viavi") moves the Court to extend the time within which Defendant Platinum Optics Technology Inc. ("PTOT") is required to move, answer, or otherwise respond to Plaintiff's Complaint.  Viavi filed a Complaint against PTOT on August 7, 2020.  Dkt. No. 1.  Viavi served PTOT on August 17, 2020, and filed its proof of service on August 18, 2020.  Dkt. No. 9.  The current deadline for PTOT to respond to Viavi's complaint is September 8, 2020.  In consideration of Viavi's agreement to a 60-day extension of PTOT's deadline to respond to the complaint, PTOT agrees to waive any objections or challenges to service.  Viavi thus agrees that PTOT's deadline to respond

to Viavi's Complaint is extended to November 9, 2020.  The 60-day extension will allow PTOT, a foreign entity, adequate time to coordinate counsel and respond to Viavi's Complaint.

    There have been no time modifications in this case. The proposed extension will not alter the schedule of the case.

    Accordingly, Viavi respectfully requests that the time in which PTOT is required to move, answer, or otherwise respond to Viavi's Complaint be extended to and include November 9, 2020.

Dated: September 4, 2020

VENABLE LLP

By: */s/ William A. Hector*
Frank C. Cimino, Jr. (*pro hac vice*)
FCCimino@venable.com
Megan S. Woodworth (*pro hac vice*)
MSWoodworth@venable.com
Charles J. Monterio, Jr. (*pro hac vice*)
CJMonterio@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone: (202) 344-4569
Facsimile: (202) 344-8300

William A. Hector
WAHector@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3738
Facsimile: (415) 653-3755

*Attorneys for Plaintiff
Viavi Solutions Inc.*