UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VIAVI SOLUTIONS INC.,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM OPTICS TECHNOLOGY INC.,<br><br>Defendant. | Case No. 5:20-cv-5501-EJD<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

## [PROPOSED] ORDER

Before the Court is Plaintiff Viavi Solutions Inc.'s Unopposed Motion for Extension of Time for Defendant Platinum Optics Technology Inc. to Move, Answer, or Otherwise Respond to Plaintiff's Complaint. Having considered Plaintiff's written submissions, the record in this case, and the unopposed nature of the Motion, the Court finds and rules that the Motion is GRANTED. It is therefore:

ORDERED that Defendant Platinum Optics Technology Inc.'s deadline to respond to Plaintiff's Complaint is November 9, 2020.

IT IS SO ORDERED.

DATED:_____          _____
                                      The Honorable Edward J. Davila
                                      United States District Judge

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750