1  VENABLE LLP
   Frank C. Cimino, Jr. (*pro hac vice*)
2  FCCimino@venable.com
   Megan S. Woodworth (*pro hac vice*)
3  MSWoodworth@venable.com
   Charles J. Monterio, Jr. (*pro hac vice*)
4  CJMonterio@venable.com
   600 Massachusetts Ave., NW
5  Washington, D.C. 20001
   Telephone: (202) 344-4000
6  Facsimile: (202) 344-8300

7  William A. Hector (SBN 298490)
   WAHector@venable.com
8  101 California Street, Suite 3800
   San Francisco, CA 94111
9  Telephone: (415) 653-3750
   Facsimile: (415) 653-3755
10
   *Attorneys for Plaintiff*
11 *Viavi Solutions Inc.*

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VIAVI SOLUTIONS INC., | Case No. 5:20-cv-05501-EJD |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROSECUTION BAR** |
| v. | Hearing Date: February 2, 2021 |
| PLATINUM OPTICS TECHNOLOGY INC., | Time: 10:00 a.m. |
| Defendant. | Place: Courtroom 4 – 5th Floor |
| | Judge: Hon. Edward J. Davila |

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

Plaintiff Viavi Solutions Inc. ("Viavi") and Defendant Platinum Technology Inc. ("PTOT") respectfully stipulate to the following agreement regarding Paragraph 8 (the patent prosecution bar) of the Protective Order: the resulting language will allow Viavi's litigation counsel to participate in IPR proceedings, with the exception that litigation counsel should not be involved in the drafting and amending of claims. To that end, the parties agree to the following language:

> Any counsel who has reviewed information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order is permitted to participate in post-grant proceedings (i.e., patent challenging proceedings) before any domestic or foreign agency (including, but not limited to, inter partes review (IPR), post-grant review, a reissue protest, an opposition before a foreign agency, ex parte reexamination or inter partes reexamination), but may not participate in drafting or amending claims as part of those proceedings.

The above language applies to the second to last sentence of Viavi's and PTOT's Paragraph 8 of the Protective Order. Dkt. Nos. 39, 41, 42, 43. The parties' positions regarding the remaining disputed portions of Paragraph 8 of the Protective Order remain unchanged in advance of the February 2, 2021, hearing. *Id*.

Dated: February 1, 2021                                By:

| GREENBERG TRAURIG, LLP | VENABLE LLP |
|---|---|
| */s/ David S. Bloch* | */s/ William A. Hector* |
| David S. Bloch (SBN 184530) | Frank C. Cimino, Jr. (*pro hac vice*) |
| blochd@gtlaw.com | FCCimino@venable.com |
| GREENBERG TRAURIG, LLP | Megan S. Woodworth (*pro hac vice*) |
| 4 Embarcadero Center, Suite 3000 | MSWoodworth@venable.com |
| San Francisco, CA 94111-5983 | Charles J. Monterio, Jr. (*pro hac vice*) |
| Telephone: 415.655.1271 | CJMonterio@venable.com |
| Facsimile: 415.520.5609 | 600 Massachusetts Avenue, NW |
|  | Washington, D.C. 20001 |
| Vivian S. Kuo (pro hac vice) | Telephone: (202) 344-4569 |
| kuov@gtlaw.com | Facsimile: (202) 344-8300 |
| Andrew Sommer (pro hac vice) |  |
| sommera@gtlaw.com | William A. Hector |
| GREENBERG TRAURIG, LLP | WAHector@venable.com |
| 2101 L Street, NW, Suite 1000 | 101 California Street, Suite 3800 |

| | |
|---|---|
| Washington, DC 20037<br>Telephone: 202.331.3100<br>Facsimile: 202.261.4747 | San Francisco, CA 94111<br>Telephone: (415) 653-3738<br>Facsimile: (415) 653-3755 |
| *Attorneys for Defendant Platinum Optics Technology Inc.* | *Attorneys for Viavi Solutions Inc.* |

## ATTESTATION REGARDING SIGNATURES

Counsel for Viavi hereby attests by signature below that concurrence in the filing of this document was obtained from counsel for Platinum Optics Technology Inc..

DATED: February 1, 2021                     VENABLE LLP

/s/ *William A. Hector*
William A. Hector

*Attorney for Plaintiff Viavi Solutions Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, February 1, 2021, the following documents were served electronically, via ECF, on all counsel of record registered to receive ECF notifications in this case.

DATED: February 1, 2021                     VENABLE LLP

/s/ *William A. Hector*
William A. Hector

*Attorney for Plaintiff Viavi Solutions Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Any counsel who has reviewed information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order is permitted to participate in post-grant proceedings (i.e., patent challenging proceedings) before any domestic or foreign agency (including, but not limited to, inter partes review (IPR), post-grant review, a reissue protest, an opposition before a foreign agency, ex parte reexamination or inter partes reexamination).  Any counsel who has reviewed information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY may not participate in drafting or amending claims as part of the proceedings before a domestic or foreign agency.

Dated: _____              _____
                                                                           The Honorable Susan van Kuelen
                                                                           United States District Court Judge