# Joint Discovery Letter Brief
## (Entire Document Redacted)