# Exhibit 5
## (Entire Document Redacted)