# Viavi Solutions Inc.'s [Proposed] Order

1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

11  VIAVI SOLUTIONS INC.,                    Case No. 5:20-cv-05501-EJD-SVK

12         Plaintiff,                        **[PROPOSED] ORDER GRANTING**
                                             **PLAINTIFF'S REQUEST TO COMPEL**
13                                           **DEFENDANT'S RESPONSE TO**
           v.                                **DISCOVERY REQUESTS**
14

15  PLATINUM OPTICS TECHNOLOGY INC.,

16         Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Before the Court is Plaintiff Viavi Solutions Inc.'s ("Viavi") and Platinum Optics

2   Technology Inc.'s ("PTOT") Joint Discovery Letter Brief.  Having considered the Joint Discovery

3   Letter Brief, the parties' arguments and written submissions, the relevant law, and the record in

4   this case, the Court grants Plaintiff's request and compels PTOT to respond fully to Viavi's

5   Discovery Requests.

6    Viavi's Motion is GRANTED.  PTOT's objections are overruled and PTOT is ordered to

7   provide responses to Viavi's pending discovery responses including responsive, non-privileged

8   information regarding PTOT's LAS optical filters produced for incorporation into the accused

9   devices offered for sale or sold in the United States on or after May 1, 2020.

10    Alternatively, PTOT is ordered to produce:

11    •    at least three samples of its LAS optical filters produced for incorporation into the

12          accused devices offered for sale or sold in the United States on or after May 1,

13          2020;

14    •    technical documentation sufficient to show the structure, chemical composition,

15          and optical properties of each such LAS optical filter; and

16    •    a deposition of a PTOT designee or designees who can explain the structure,

17          chemical composition, and optical properties of each such LAS optical filter.

18    And then Viavi is ordered, within four weeks of it receiving the information above, to

19   update its infringement contentions.

20

21    IT IS SO ORDERED.

22

23

24    DATED: _____          _____
                                              The Honorable Susan van Keulen
25                                            United States Magistrate Judge

26

27

28

CASE NO. 5:20-CV-05501-EJD-SVK                                    [PROPOSED] ORDER