# Platinum Optics Technology Inc.'s [Proposed] Order

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VIAVI SOLUTIONS INC., | CASE NO. 5:20-CV-05501-EJD-SVK |
| Plaintiff, | |
| v. | **[proposed] ORDER DENYING MOTION TO COMPEL** |
| PLATINUM OPTICS TECHNOLOGY INC., | |
| Defendant. | |

The Court denies Viavi's motion to compel production of documents or other information beyond the scope of the 11246 filter charted in its Patent Local Rule 3-1 Infringement Contentions.

IT IS SO ORDERED.

Dated: _____

Hon. Susan van Keulen<br>
United States District Judge