UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAVI SOLUTIONS INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PLATINUM OPTICS TECHNOLOGY INC.,<br><br>        Defendant. | Case No. 20-cv-05501-EJD (SVK)<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. Nos. 61, 62 |

On February 24, 2021, the parties filed a joint discovery letter brief and an administrative motion to file the joint discovery letter brief under seal. Dkts. 61, 62. Having reviewed the submission, the Plaintiff's request for discovery and the motion to file the joint discovery letter brief under seal are **DENIED WITHOUT PREJUDICE** in light of the pending motion for summary judgment (Dkt. 45). The parties may resubmit the joint discovery letter brief after the motion for summary judgment is decided.

**SO ORDERED.**

Dated: March 1, 2021

SUSAN VAN KEULEN
United States Magistrate Judge