UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAVI SOLUTIONS INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>PLATINUM OPTICS TECHNOLOGY INC.,<br><br>        Defendant. | Case No. 20-cv-05501-EJD   (SVK)<br><br>**ORDER TO SHOW CAUSE WHY PLATINUM OPTICS TECHNOLOGY INC.'S MOTION TO QUASH SHOULD NOT BE GRANTED**<br><br>Re: Dkt. Nos. 64, 65 |

On March 1, 2021, the Court issued an order denying without prejudice Plaintiff Viavi Solutions Inc.'s ("Plaintiff") request for discovery and the motion to file the joint discovery letter brief under seal in light of the pending motion for summary judgment (Dkt. 45). Dkt. 64. Plaintiff is **ORDERED** to show cause why Defendant Platinum Optics Technology Inc.'s motion to quash (Dkt. 65) should not be granted without prejudice for the reasons set forth in the previous order (Dkt. 64). Thus, by **Friday, March 19, 2021 at 12:00 p.m.**, Plaintiff shall file a response not to exceed 5 pages. The Court will not accept further briefing by Defendant and will set a hearing if necessary.

**SO ORDERED.**

Dated: March 12, 2021

SUSAN VAN KEULEN
United States Magistrate Judge