# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIAVI SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> PLATINUM OPTICS TECHNOLOGY INC., <br><br> Defendant. | CASE NO. 5:20-CV-05501-EJD (SVK) <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ECF 73 **AS MODIFIED BY THE COURT** |

# ORDER

The Court having considered Defendant Platinum Optics Technology Inc.'s Administrative Motion to File under Seal Portions of [ECF 73] – Order Denying Defendant's Motion to Quash; Granting Viavi's Administrative Motion to Seal and good cause appearing, it is hereby **ORDERED** that:

- The Order Denying Defendant's Motion to Quash [ECF 73] shall remain under seal.
- A redacted version of the Order Denying Defendant's Motion to Quash [ECF 73] as indicated in Dkt. 75-1 Exhibit A shall be filed in the public record.

**IT IS SO ORDERED:**

Dated: March 29, 2021

_Susan van Keulen_
Hon. Susan van Keulen
United States Magistrate Judge