1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VIAVI SOLUTIONS INC., | Case No. 5:20-cv-05501-EJD (SVK) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL (FURTHER JOINT CASE MANAGEMENT STATEMENT) |
| v. | |
| PLATINUM OPTICS TECHNOLOGY INC., | |
| Defendant. | |

Before the Court is Plaintiff Viavi Solutions Inc.'s ("Viavi") Administrative Motion to Seal. Having considered the Motion to Seal, the documents sought to be filed under seal, the parties' arguments and written submissions, the relevant law, and the record in this case, the Court finds that there are "compelling reasons" for granting the Motion to Seal. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Disclosure of the confidential and proprietary business information in the documents at issue would create a risk of injury, in that competitors could use such information to "gain a competitive advantage in the marketplace." *Intel Corp. v. Via Techs., Inc.*, 198 F.R.D. 525, 531 (N.D. Cal. 2000).

Viavi's Motion is therefore GRANTED and it is ORDERED that the following document and portions thereof shall be filed under seal:

| Document | Materials to Be Filed Under Seal or Redacted | Basis for Sealing or Redaction |
|---|---|---|
| Further Joint Case Management Statement | Passages related to Viavi's confidential relationships with third parties and the parties' confidential business information. | Includes confidential information regarding Viavi's business strategy and relationships to third parties. Hector Decl. ISO Motion to Seal, ¶ 3. |

IT IS SO ORDERED.

DATED:  October 20, 2021

The Honorable Edward J. Davila
United States District Judge