1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| VIAVI SOLUTIONS INC., | Case No. 5:20-cv-05501-EJD (SVK) |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL (MOTION TO LIFT STAY FOLLOWING DENIAL OF IPR INSTITUTIONS) |
| v. | |
| PLATINUM OPTICS TECHNOLOGY INC., | |
| Defendant. | |

1  Before the Court is Plaintiff Viavi Solutions Inc.'s ("Viavi") Administrative Motion to
2  Seal. Having considered the Motion to Seal, the documents sought to be filed under seal, the
3  parties' arguments and written submissions, the relevant law, and the record in this case, the Court
4  finds that there are "compelling reasons" for granting the Motion to Seal. *Ctr. for Auto Safety v.*
5  *Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Disclosure of the confidential and
6  proprietary business information in the documents at issue would create a risk of injury, in that
7  competitors could use such information to "gain a competitive advantage in the marketplace."
8  *Intel Corp. v. Via Techs., Inc.*, 198 F.R.D. 525, 531 (N.D. Cal. 2000).

Viavi's Motion is therefore GRANTED and it is ORDERED that the following document and portions thereof shall be filed under seal:

| Document | Materials to Be Filed Under Seal or Redacted | Basis for Sealing or Redaction |
|---|---|---|
| Hector Decl., Ex. 3 – a Viavi agreement | Entire document. | Includes confidential information regarding Viavi's business strategy and relationships to third parties. Hector Decl. ISO Motion to Seal, ¶ 3. |
| Hector Decl., Ex. 4 - a Viavi agreement | Entire document. | Includes confidential information regarding Viavi's business strategy and relationships to third parties. Hector Decl. ISO Motion to Seal, ¶ 3. |
| Hector Decl., Ex. 5 – a Viavi business document | Entire document. | Includes confidential information regarding Viavi's business strategy and relationships to third parties. Hector Decl. ISO Motion to Seal, ¶ 3. |
| Hector Decl., Ex. 6 - a Viavi agreement | Entire document. | Includes confidential information regarding Viavi's business strategy and relationships to third parties. Hector Decl. ISO Motion to Seal, ¶ 3. |
| Hector Decl., Ex. 7 – a Viavi business document | Entire document. | Includes confidential information regarding Viavi's business strategy and relationships to third parties. Hector Decl. ISO Motion to Seal, ¶ 3. |

-2-

| Plaintiff's Motion to Lift Stay | Passages related to third parties and the parties' confidential business information. | Includes confidential information regarding Viavi's business strategy and relationships to third parties. Hector Decl. ISO Motion to Seal, ¶ 4. |

IT IS SO ORDERED.

DATED: October 20, 2021

The Honorable Edward J. Davila
United States District Judge