UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIAVI SOLUTIONS INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PLATINUM OPTICS TECHNOLOGY INC.,<br><br>  Defendant. | Case No.  5:20-cv-05501-EJD<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' stipulated dismissal of all claims related to Patent No. 9,354,369, the Court LIFTS the stay. The parties shall submit a further case management conference statement by **April 4, 2022** and appear for a further case management conference on **April 14, 2022 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: March 7, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-05501-EJD
ORDER LIFTING STAY

1